```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**YOUNG YIL JO**                                           **PLAINTIFF**

      v.      Civil No. 11-5015

**SIX UNKNOWN AGENTS, and**
**PRESIDENT BARACK OBAMA**                                 **DEFENDANTS**

### O R D E R

Now on this 7th day of April, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #4), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report And Recommendation** is **adopted**.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Magistrate Judge's Report And Recommendation**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                      /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**